GAS 245D    (Rev. 04/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Marcel Rivera-Arroyo | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 4:20CR00062-1<br><br>USM Number: 48870-069<br><br>Laura G. Hastay<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and standard conditions of supervision in Violation Numbers 1, 2, and 4.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 5, 2023 |
| 2 | You possessed a firearm or other destructive device (standard condition). | April 28, 2023 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court makes no findings as to Violation Number 3 and the defendant is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.: 5764

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:

Savannah, Georgia

June 13, 2023
Date of Imposition of Judgment

*/s/ R. Stan Baker*
Signature of Judge

R. Stan Baker
United States District Judge
Southern District of Georgia
Name and Title of Judge

June 21, 2023
Date

DEFENDANT: Marcel Rivera-Arroyo
CASE NUMBER: 4:20CR00062-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | You illegally possessed a controlled substance (mandatory condition). | April 28, 2023 |

DEFENDANT: Marcel Rivera-Arroyo
CASE NUMBER: 4:20CR00062-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>11 months as to each of Counts 1 and 2, to be served concurrently.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be given credit toward this federal sentence for all time served in custody since May 16, 2023. It is further recommended that the defendant be designated to the Bureau of Prisons facility in Coleman, Florida.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL